Certificate Number: 05781-DE-DE-041218213

Bankruptcy Case Number: 26-11128



05781-DE-DE-041218213

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 12:03 o'clock PM PDT, James Polombo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Delaware.

Date:   July 17, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President